In the Matter of BRENDA HAMLIN, Respondent, v DONALD KIRNAN, Appellant.—Order unanimously affirmed with costs. Memorandum: Respondent appeals from a Family Court order which denied his objections to the Decision and Order of a Hearing Examiner granting petitioner's application for an upward modification in child support. The Hearing Examiner's determination that respondent, a licensed real estate

broker, was capable of earning $20,000 per year was not contrary to the weight of evidence, and the imputation of that sum as respondent's gross income was proper *(see,* Family Ct Act § 413 [1] [b] [5] [v]; *Hickland v Hickland,* 39 NY2d 1; *Weiner v Weiner,* 97 Misc 2d 920). Also, the Hearing Examiner did not err in refusing to award respondent a credit towards arrears in child support for moneys he voluntarily paid for his son's hockey equipment and related expenses *(see, Horne v Horne,* 22 NY2d 219, 223; *Kerpen v Kerpen,* 172 AD2d 496). (Appeal from Order of Onondaga County Family Court, Rossi, J.—Child Support.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.